## SENTINEL CO. v. DINWIDDIE.
### No. 4347.

Circuit Court of Appeals, Seventh Circuit.
May 28, 1930.

Charles B. Quarles, of Milwaukee, Wis., for appellant.

Aaron B. Rosenthal, of Milwaukee, Wis., for appellee.

Before EVANS, PAGE, and SPARKS, Circuit Judges.

PER CURIAM.

Appellee brought this action to recover damages occasioned by appellant's publication of an alleged libel. The verdict of the jury in appellee's favor was, on his motion, set aside as inadequate and a new trial granted. This appeal is from the order granting the new trial.

Appellee moves this court to dismiss the appeal because the order is not an appealable one. Upon the authority of Dry Dock E. B. & B. R. Co. v. Petkunas (C. C. A.) 261 F. 988; Wright v. Taft-Peirce Mfg. Co. (C. C. A.) 287 F. 131; and Fort Dodge Portland

Cement Corp. v. Monk (C. C. A.) 276 F. 113, the motion must be granted.

The appeal is dismissed.